UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 13 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

SAMUEL BRADFORD                                                                              PLAINTIFF

vs.                         CASE NO. 3:16cv284-DPM

TWIN RIVER TRANSPORTATION, LLC
AND MARQUIS J. GARDNER                                                                       DEFENDANT

## COMPLAINT AND JURY DEMAND

Plaintiff Samuel Bradford, through Counsel, states as follows for his Complaint against Defendants Twin River Transportation, LLC and Marquis J. Gardner:

### JURISDICTIONAL ALLEGATIONS APPLICABLE TO ALL COUNTS

1. Plaintiff Samuel Bradford ("Bradford") is a resident of Shirley, Van Buren County, Arkansas.

This case assigned to District Judge Marshall
and to Magistrate Judge Ray

2. Defendant Twin River Transportation, LLC ("TRT"), is a domestic company with a principal place of business in the State of Mississippi that conducts business in Arkansas and as an interstate motor carrier subject to Federal Motor Carrier Safety Regulations promulgated by the Federal Motor Carrier Safety Administration, U. S. Department of Transportation.

3. Defendant Marquis J. Gardner ("Gardner") is a resident of Columbus, Mississippi.

4. At all times material hereto, Main St. in Blytheville, Arkansas was, and is, an open and public roadway in Mississippi County, Arkansas.

5. Venue of this action properly lies in this judicial circuit because the motor vehicle wreck giving rise to this Complaint occurred in Mississippi County, Arkansas.

6. On or about April 15, 2014, Bradford was operating a vehicle westbound on Main St. in Mississippi County, Arkansas.

7.  At the same time, TRT owned a commercial International tractor truck – USDOT No. 917721 – that was being operated by its agent, servant and/or employee, Gardner, westbound on Main St. in Mississippi County, Arkansas.

8.  Plaintiff demands trial by jury on all issues.

### COUNT I – NEGLIGENCE – TRT

Plaintiff Bradford, through Counsel, for Count I of his Complaint against TRT, states as follows:

9.  Plaintiff realleges paragraphs 1-8 of this Complaint.

10. On or about April 15, 2014, while traveling west on Main Street, Bradford attempted to make a right turn into O'Reilly's Auto Parts. At this point the International tractor truck being operated by Gardner slammed into the rear of the vehicle in which Bradford was driving.

11. This collision was a direct result of the negligence of TRT, acting through its agent, servant and/or employee, in one or more of the following respects:

   a)  Its driver Gardner failed to keep a careful lookout;

   b)  Its driver Gardner was travelling too fast for conditions;

   c)  Its driver Gardner struck the rear of the vehicle in which Bradford was driving; and

   d)  Its driver Gardner failed to keep his tractor truck under control to check its speed, stop or swerve to avoid striking the vehicle in which Bradford was driving.

12. As a direct result of the negligence of Defendant TRT in one or more of these respects, the Plaintiff suffered severe physical injuries and damages to his neck, back, and body as a whole; he has suffered great pain of the mind and body and will continue to suffer great pain of mind and body permanently; he has sought and received medical care and attention and will

continue to receive medical care and attention; he has incurred medical expenses and will continue to incur medical expenses; he has lost wages and benefits, lost earning capacity, and will continue to lose wages and benefits permanently; he has suffered significant disability and will continue to suffer significant disability permanently; he has suffered emotional distress and will continue to suffer emotional distress permanently; all to his damage.

13. Plaintiff demands trial by jury on all issues.

ACCORDINGLY, Plaintiff Samuel Bradford requests judgment against Defendant Twin Rivers Transportation, LLC in an amount that is fair and reasonable in excess of Fifty Thousand Dollars ($50,000.00), plus costs.

### COUNT II – NEGLIGENCE – GARDNER

Plaintiff Bradford, through Counsel, states as follows for Count II of his Complaint against Gardner:

14. Plaintiff realleges paragraphs 1-13 of this Complaint.

15. Plaintiff demands trial by jury on all issues.

ACCORDINGLY, Plaintiff Samuel Bradford requests judgment against Defendant Marquis J. Gardner in an amount that is fair and reasonable in excess of Seventy-Five Thousand Dollars ($75,000.00), plus costs.

Respectfully submitted,

LAUCK LAW FIRM P.A.

*[signature]*

Chester H. Lauck, III (99107)
117 S. Victory St.
Little Rock, AR 72201
Telephone: (501)375-2825
Facsimile: (501)375-2826
E-mail: chet@laucklaw.com

and

James Ferguson
Holden Raines
LAW OFFICE OF H. CHRIS CHRISTY P.A.
201 West Broadway, Ste. G12
North Little Rock, AR 72114
Office: 501-758-0278
Fax: 501-758-0480
jferguson.raillaw@gmail.com

***ATTORNEYS FOR PLAINTIFF***