IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SAMUEL BRADFORD**                                                             **PLAINTIFF**

V.                          **CASE NO. 3:16 CV 284-DPM**

**TWIN RIVER TRANSPORTATION, LLC
AND MARQUIS J. GARDNER**                                  **DEFENDANTS**

## STIPULATION FOR DISMISSAL

The Court is advised that plaintiff and defendants have entered in a settlement agreement involving all claims that were made or could have been made in this lawsuit. They stipulate that the claims and causes of action that were or could have been asserted by the plaintiff against defendants or any of them should be dismissed with prejudice.

WHEREFORE, plaintiff, Samuel Bradford, and defendants, Twin River Transportation, LLC and Marquis J. Gardner, stipulate that they have entered in a settlement agreement involving all claims that were made or could have been made in this lawsuit. They stipulate that the claims and causes of action that were or could have been asserted by the plaintiff against defendants or any of them should be dismissed with prejudice, and move this court to enter an order of dismissal with prejudice, accordingly; and for all other proper relief.

                                         Approved for entry:

                                         WRIGHT, LINDSEY & JENNINGS LLP
                                         200 West Capitol Avenue, Suite 2300
                                         Little Rock, Arkansas 72201-3699
                                         (501) 371-0808
                                         FAX: (501) 376-9442
                                         E-MAIL: jsallings@wlj.com

                                         By: /s/ Jerry J. Sallings
                                              Jerry J. Sallings (84134)
                                              *Counsel for defendants*

LAUCK LAW FIRM, P.A.
117 South Victory Street
Little Rock, AR 72201
(501) 375-2825
FAX: (501) 375-2826
E-mail: chet@laucklaw.com

By ___/s/ Chester H. Lauck, III___
    Mr. Chester H. Lauck, III ()
    Attorneys for plaintiff

LAW OFFICE OF CHRIS CHRISTY, P.A.
201 W. Broadway, Suite G12
North Little Rock, AR 72114
(501) 758-0278
FAX: (501) 758-0480
E-Mail: jferguson.raillaw@gmail.com


By: ___/s/ James Ferguson___
    Mr. James Ferguson
    Attorneys for plaintiff