# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SAMUEL BRADFORD                                              PLAINTIFF

v.                       No. 3:16-cv-284-DPM

TWIN RIVERS TRANSPORTATION
LLC and MARQUIS J. GARDNER                                   DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2017